UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JESUS ADAM LIZARRAGA,

        Petitioner,

      v.

BRYAN BIRKHOLZ, Warden,

        Respondent.

Case No. 2:25-cv-08879-KK-JDE

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241 (Dkt. 1, "Petition") filed by Jesus Adam Lizarraga ("Petitioner"), the Motion to Dismiss the Petition (Dkt. 9, "Motion") and supporting materials (Dkt. 9-1 to 9-4) filed by Respondent, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 11, "Report"). No party filed a timely objection to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT:

(1)    The Motion (Dkt. 9) is GRANTED; and

(2)    Judgment shall be entered denying the Petition and dismissing this action with prejudice.

IT IS SO ORDERED.

Dated: February 18, 2026

_____
KENLY KIYA KATO
United States District Judge

2