JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESUS ADAM LIZARRAGA, | Case No. 2:25-cv-08879-KK-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| BRYAN BIRKHOLZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 18, 2026

_____
KENLY KIYA KATO
United States District Judge